# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2012

143489

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

WAYNE CARTER,
       Defendant-Appellant.

Robert P. Young, Jr.,
*Chief Justice*

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
*Justices*

SC: 143489
COA: 303833
Kent CC: 92-058497-FC

_____/

On order of the Court, the application for leave to appeal the June 28, 2011 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2012

y0123

_____
Clerk